UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INTERMOOR INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-3823 |
| | § | |
| US WIND, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Plaintiff InterMoor Inc. brought this suit against Defendant US Wind, Inc. alleging that Defendant breached their contract by refusing to pay Plaintiff. Defendant filed a Motion to Dismiss. (Doc. No. 10). The Court granted this motion for lack of personal jurisdiction and dismissed all of Plaintiff's claims without prejudice to file in an appropriate forum on January 23, 2020. (Doc. No. 17).

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant US Wind, Inc.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 6th day of February, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE